UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS K. HARRIS,

    Plaintiff,

v.

JUVENILE COURT SAINT PAUL MINNESOTA, et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:16-cv-1345

## ORDER DISMISSING REPORT AND RECOMMENDATION AS MOOT

Plaintiff initiated this lawsuit by filing a complaint on November 18, 2016. After review of the pleading, an order transferring the matter to the United States District Court for the District of Minnesota issued (ECF No. 5). Within 45 minutes of issuance of the transfer order, a Report and Recommendation was issued by the magistrate judge (ECF No. 6). As the order transferring the case had already issued, the Report and Recommendation is **DISMISSED AS MOOT**.

    **IT IS SO ORDERED**.

Date: November 28, 2016

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge